

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00045-CV

## IN THE INTEREST OF Z.A.T., K.M.T. AND K.O.T., CHILDREN

_____

**From the 170th District Court
McLennan County, Texas
Trial Court No. 99-2937-4,3**

_____

## MEMORANDUM  OPINION

_____

Appellant, Richard Owen Taylor, has filed a motion to dismiss his appeal in this matter.  *See* TEX. R. APP. P. 42.1(a)(1).  Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The motion is granted, and the appeal is dismissed.[1]


AL SCOGGINS
Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed April 11, 2012
[CV06]

_____

[1] All pending motions and requests in this matter are dismissed as moot.